```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


AUTO-OWNERS INSURANCE         )
COMPANY,                      )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:07cv1041-MHT
                              )           (WO)
L. THOMAS DEVELOPMENT,        )
INC., et al.,                 )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) Judgment is entered in favor of plaintiff Auto-Owners Insurance Company and against defendants L. Thomas Development Inc., Lowell Thomas, Brenda McQueen, and Alvin McQueen on plaintiff Auto-Owners Insurance Company's claim for a declaratory judgment.

(2) It is declared that plaintiff Auto-Owners Insurance Company has no duty to indemnify defendants

L. Thomas Development Inc. and Lowell Thomas under plaintiff Auto-Owners Insurance Company's insurance policy (doc. no. 1-2) with defendant L. Thomas Development Inc.

It is further ORDERED that costs are taxed against defendants L. Thomas Development Inc., Lowell Thomas, Brenda McQueen, and Alvin McQueen, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of June, 2010.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE